MAUD M. GREENWOOD, Respondent, v. EDWARD G. SCHROEDER, Appellant.

— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.